1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | ANTONIO CANDELARIO MICHEL,          Case No. CV 16-00781 GW (RAO)

12 |                Plaintiff,

13 |        v.                           ORDER ACCEPTING REPORT
                                         AND RECOMMENDATION OF
14 | SAN BERNARDINO COUNTY               UNITED STATES MAGISTRATE
   | SHERIFFS DEPARTMENT, et al.,        JUDGE
15 |
                   Defendants.
16

17
18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the
19 other records and files herein, and the Report and Recommendation of United
20 States Magistrate Judge ("Report").  The time for filing objections to the Report has
21 passed, and no objections have been filed.  The Court hereby accepts and adopts the
22 findings, conclusions, and recommendations of the Magistrate Judge.
23         IT IS ORDERED that this action is dismissed without prejudice.
24
25 DATED: March 2, 2017                   _____
26                                        GEORGE H. WU
27                                        UNITED STATES DISTRICT JUDGE
28