1
2
3
4
5
6
7
8
9                   UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA
11
12  ANTONIO CANDELARIO MICHEL,          Case No. CV 16-00781-GW(RAO)
13              Plaintiff,
14      v.                              JUDGMENT
15  SAN BERNARDINO COUNTY
    SHERIFFS DEPARTMENT, et al.,
16
              Defendants.
17
18
19
            In accordance with the Order Accepting Report and Recommendation of
20
    United States Magistrate Judge issued concurrently herewith,
21
            IT IS ORDERED AND ADJUDGED that this action is dismissed without
22
    prejudice.
23
24
25  DATED: March 2, 2017          _____
26                                GEORGE H. WU
                                  UNITED STATES DISTRICT JUDGE
27
28